**2009–2275. State ex rel. Thomas v. Hendon.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, Lanzinger, and Cupp, JJ., concur. O'Donnell, J., dissents and would grant an alternative writ.